UNITED STATES of America,
Plaintiff—Appellee,

v.

Mesdrain MORFIN–MUNOZ,
Defendant—Appellant.

No. 03–30393.

D.C. No. CR–02–00206–ALH.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 22, 2005.

David L. Atkinson, Portland, OR, for Plaintiff–Appellee.

Harrison Stewart Latto, Esq., Law Office of Harrison S. Latto, Portland, OR, for Defendant–Appellant.

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

MEMORANDUM **

Mesdrain Morfin–Munoz appeals his 168–month sentence imposed following a guilty plea conviction for distribution of methamphetamine in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291.

We vacate the sentence and remand for resentencing in light of *United States v.*

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

---

*Booker,* —— U.S. ——, ——, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005) and *United States v. Ameline,* 400 F.3d 646, No. 02–30326, 2005 WL 350811 (9th Cir. Feb.10, 2005).

VACATED and REMANDED.